

# NUMBER 13-25-00453-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JACK LEE KING

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Silva[1]**

Relator Jack Lee King filed a pro se petition for writ of mandamus seeking to compel the trial court to release funds being held in the registry of the trial court. Because relator has received his requested relief, we dismiss this original proceeding as moot.

A writ of mandamus is an extraordinary remedy available only when the trial court clearly abused its discretion and the party seeking relief lacks an adequate remedy on

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.1 ("The court of appeals must hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition of the appeal."); *id.* R. 47.4 (explaining the distinction between opinions and memorandum opinions).

appeal. *In re Ill. Nat'l Ins.*, 685 S.W.3d 826, 834 (Tex. 2024) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding).

The Court, having examined and fully considered the petition for writ of mandamus, the response filed by real party in interest Jonelle Drury King, and the records filed in this original proceeding, is of the opinion that this original proceeding should be dismissed. On November 6, 2025, the trial court held a hearing regarding relator's request to release the funds, and on November 12, 2025, the trial court signed an agreed order directing the District Clerk of Nueces County, Texas, to release the funds at issue pursuant to relator's request. Therefore, relator has received the relief requested in his petition for writ of mandamus, and this original proceeding has been rendered moot. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Having previously abated this matter, we now reinstate this original proceeding, and we dismiss it as moot.

CLARISSA SILVA
Justice

Delivered and filed on the
3rd day of December, 2025.

2